IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

VS.                              CIVIL ACTION NO. 3:09CV222TSL-JCS

JARVIS THOMPSON                                              DEFENDANT

## JUDGMENT BY DEFAULT

A default having been entered as to the Defendant, Jarvis Thompson, in the above-styled cause in accordance with Rule 55 of the Federal Rules of Civil Procedure and counsel for Plaintiff having requested judgment against Defendant and having filed a proper certificate with the Clerk as to the amount due from the Defendant to the Plaintiff;

Judgment is, therefore, rendered in favor of the Plaintiff, United States of America, and against the Defendant, Jarvis Thompson, the sum for **Debt A** of $5,670.43 ($3,424.53 principal plus $2,245.90 interest accrued trough January 26, 2009), and interest on the principal sum of $3,424.53 at the rate of 5.82% from and after June 26, 2007 and for **Debt B** $2,592.59 ($1,528.08 principal plus $1,064.51 interest accrued through January 26, 2009), and interest on the principal sum of $1,528.08 at the rate of 8% from and after January 26, 2009, and for, to the date of judgment;

together with filing fee costs in the amount of $350.00 in favor of the plaintiff, pursuant to 28 U.S.C. Section 2412(a)(2). Post

judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. §1961(a) and shall be computed daily and compounded annually until paid in full.

ORDERED AND ADJUDGED this  6th      day of  August,  2009.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE